IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00642-JLK-CBS

SHAWN WUNSCHEL, and
AMY WUNSCHEL,

      Plaintiffs,

v.

NCO FINANCIAL SYSTEMS, INC., a Pennsylvania corporation,

      Defendant.

---

## ORDER DISMISSING CASE WITH PREJUDICE

THE COURT having reviewed the Stipulation of Dismissal with Prejudice (doc. #14), filed January 16, 2008, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and being fully advised in the premises, DOES HEREBY ORDER that this case is **DISMISSED WITH PREJUDICE,** with each party to pay its own attorney's fees and costs.

      BY THE COURT:

January 16, 2008      *S/John L. Kane*
DATE      U.S. DISTRICT JUDGE